James Connett, Appellee, v. Winfield S. Winget, Appellant.

Gen. No. 9,466.

Heard in this court at October term, 1939; opinion filed January 8, 1940; rehearing denied February 6, 1940. Clarence W. Heyl and Walter W. Winget, for appellant; Knoblock & Sloan, for appellee; John F. Sloan, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."